(Reap. Dec. 9663)

HADDAD & SONS, INC. *v.* UNITED STATES

Entry No. 788661.

(Decided April 13, 1960)

*James G. McGoldrick* for the plaintiff.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

MOLLISON, Judge: Counsel for the parties have submitted the above-enumerated appeal for reappraisement for decision upon stipulation on the basis of which I find that export value, as defined in section 402a(d), Tariff Act of 1930, as amended, is the proper basis of value for the footwear imported from Japan involved herein and identified in schedule A, attached to and made a part of this decision,

and that such value is the invoiced unit price, ex-factory, net, packing included.

Judgment will issue accordingly.

SCHEDULE A

Type of merchandise:

Rubber Shoes
Children's Sponge Sandals (ZORI)
Art. No. SR–0138
Manufacturer and seller:
 HAYAKAWA RUBBER CO., LTD.
 Fukuyama, Japan

Quantity and price

1248 dozen pair at $1.65 per dozen pairs, ex-factory net, packing included.

Export date:

September 12, 1958